**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:20-cv-22077-GAYLES**

**MARTIN L. MCCRAY**,

    Petitioner,

v.

**STATE OF FLORIDA,**
**HARVEY RUVIN, and**
**CLERK OF COURT**,

    Respondents.

_____/

**ORDER DENYING MOTION FOR LEAVE TO APPEAL IFP**

    **THIS CAUSE** comes before the Court on Petitioner Martin L. McCray's Motion for Leave to Appeal *in forma pauperis* ("IFP") [ECF No. 20] ("Motion"). The Court has reviewed the Motion and the record and is otherwise fully advised. For the reasons stated below, the Motion is denied.

    Title 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a) govern applications to proceed with an appeal IFP. Even when a party has been permitted to proceed IFP in the district court, the party may not take an appeal IFP in the appellate court if the district court "certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *see also* Fed. R. App. P. 24(a) (providing that a party may not proceed on appeal IFP if "the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith . . ."). An appeal is taken in good faith under § 1915(a)(3) if a litigant seeks appellate review of any issue that is not frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). "Good faith" within the meaning of § 1915(a)(3) must be judged by an objective, not a subjective, standard. *Id.*

Here, Petitioner's appeal is frivolous and not taken in good faith. In dismissing the Petition, this Court explained (and later reiterated) that Petitioner cannot use Rule 60(b) to void a state court judgment. *See* [ECF No. 7 at 2]; [ECF No. 18 at 2]. The Court also denied a certificate of appealability because no reasonable jurists would have found the denial of Petitioner's claim debatable or wrong. [ECF No. 7 at 4]. In his Motion for Leave to Appeal IFP, Petitioner presents no grounds for appeal. Rather, he incorrectly submits his request on the form to proceed IFP in district court and does not indicate which order he seeks to appeal.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Appeal IFP [ECF No. 20] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record; and

      Martin L. McCray, *pro se*
      403163
      Northwest Florida Reception Center
      Inmate Mail/Parcels
      4455 Sam Mitchell Drive
      Chipley, FL 32428